**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

JULIA GRESS,                  :   No. 548 MAL 2015

             Respondent     :

                                 :   Petition for Allowance of Appeal from
                                 :   the Order of the Superior Court

             v.                 :

                                 :

                                 :

ROBERT E. GRESS,          :

                                 :

             Petitioner       :

## ORDER

**PER CURIAM**

      **AND NOW**, this 16th day of November, 2015, the Petition for Allowance of Appeal is **DENIED**.